# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Federal Trade Commission and Consumer Financial Protection Bureau,<br><br>             Plaintiff,<br>v.<br><br>Green Tree Servicing, LLC,<br><br>             Defendant. | **Case No. 15cv2064 (SRN/SER)**<br><br>**ORDER** |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period.

Accordingly, **IT IS HEREBY ORDERED** that Roy J. Dixon's Verified Emergency Motion for Civil Contempt and Injunction Relief [Doc. No. 6] is **DENIED**.

Dated:  January 29, 2018

                                                                s/Susan Richard Nelson
                                                                SUSAN RICHARD NELSON
                                                                United States District Judge